**Ron David METCALF, Head of Household, Plaintiff–Appellant,**

v.

**Susan CALL, official and individual capacity; co-owner of Darnell Farms, also Board of Directors, Swain Co. NC Safehouse; Kimberly Lay, official and individual capacity; Legal Attorney for Swain Co., NC; Judge Richlyn**

Holt, Individual Capacity; Chief Judge of District 30, NC; Eric Stiles, Attorney in Bryson City, NC; Greg Boyer, Attorney in Franklin, NC; David Moore, Attorney in Sylva, NC, Defendants–Appellees.

No. 14–1443.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 23, 2014.

Decided: Sept. 26, 2014.

Ron David Metcalf, Appellant Pro Se.

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ron David Metcalf appeals the district court's order dismissing his complaint under 42 U.S.C. §§ 1983, 1985 & 14141 (2012) without prejudice pursuant to 28 U.S.C. § 1915(e) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Metcalf v. Call,* No. 2:14–cv–00010–MR–DLH (W.D.N.C. Mar. 31, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*